*February 4, 1930.*

CONGDON, Respondent, vs. DIGMAN, Appellant.

For the appellant: *Gilbert J. Davelaar,* attorney, and J. G. *Konop* and *W. O. Meilahn,* of counsel, all of Milwaukee.

For the respondent: *Lockney & Lowry* of Waukesha.

*By the Court.*—Judgment affirmed.

HOWARD, Respondent, vs. ANDERHOLM, imp., Appellant.

For the appellant: *W. T. Kennedy* of Amery and *W. T. Doar* of New Richmond.

For the respondent: *Coe Brothers* of Barron and *W. H. Frawley* of Eau Claire.

*By the Court.*—Judgment affirmed.

SPARKS, Respondent, vs. FIRST NATIONAL BANK and others, Appellants.

For the appellants: *A. J. Whitcomb* of Oconto.

For the respondent: *Eberlein & Larson* of Shawano.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 1, 1930.